## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JOSEPH J. GOMEZ, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION No. 8:12-cv-02773-AW |
| KROLL FACTUAL DATA, INC., | ) Honorable Alexander Williams, Jr. |
| Defendant. | ) |

### MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404

For the reasons set forth in the accompanying Memorandum of Law, Defendant Kroll

Factual Data, Inc., through its undersigned counsel, hereby moves pursuant to 28 U.S.C.

§ 1404(a) to transfer the above captioned matter to the U.S. District Court for the District of

Colorado and respectfully requests that the Court enter the proposed Order attached hereto.

Dated:  November 30, 2012

Respectfully submitted,

/s Daniel P. Shanahan
Daniel P. Shanahan (Bar No. 16558)
Sarah L. Lochner (*pro hac* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: dshanahan@wc.com
        slochner@wc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JOSEPH J. GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KROLL FACTUAL DATA, INC., | ) CIVIL ACTION No. 8:12-cv-02773-AW |
| | ) |
| Defendant. | ) Honorable Alexander Williams, Jr. |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 30th day of November 2012, caused a true and

correct copy of Kroll Factual Data, Inc.'s Motion to Transfer, and accompanying papers, via

electronic filing with the Clerk of Court using the CM/ECF system, upon:


David A. Searles
James A. Francis
John Soumilas
Francis and Mailman PC
100 South Broad Street
19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Fax: 215-940-8000
E-mail: dsearles@consumerlawfirm.com
        jfrancis@consumerlawfirm.com
        jsoumilas@consumerlawfirm.com

Martin Eugene Wolf
Gordon and Wolf Chtd
102 West Pennsylvania Avenue

Suite 402
Towson, MD 21204
Telephone: 410-825-2300
Fax: 410-825-0066
E-mail: mwolf@gordon-wolf.com

/s Daniel P. Shanahan
Daniel P. Shanahan (Bar No. 16558)
Sarah L. Lochner (*pro hac* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: dshanahan@wc.com
          slochner@wc.com