# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **JOSEPH J. GOMEZ** ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 8:12-cv-02773-AW |
| v. ) | |
| ) | |
| **KROLL FACTUAL DATA, INC.** ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE

For the reasons set forth in the accompanying Memorandum, Plaintiff Joseph J. Gomez, through his undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 16(b) and United States District Court for the District of Maryland Local Rule 105.9 to extend the time for filing his response in opposition to Defendant's Motion to Transfer Venue (Dk. No. 10) until January 7, 2013.  Plaintiff's response would otherwise be due on December 17, 2012.  Plaintiff respectfully requests that this Court grant the consent motion.

Dated:  December 12, 2012                                                           Respectfully submitted,

By:     */s/ John Soumilas*
**FRANCIS & MAILMAN, P.C.**
JAMES A. FRANCIS
JOHN SOUMILAS
Land Title Building, 19th Floor
100 South Broad Street

Philadelphia, PA  19110
(215) 735-8600

**GORDON & WOLF, CHTD**
MARTIN E. WOLF
102 W. Pennsylvania Avenue
Suite 402
Towson, MD 21204
(410) 825-2300

*Attorneys for Plaintiff and the Class*