# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

JOSEPH J. GOMEZ
on behalf of himself and all others similarly situated,

    Plaintiff,

        v.

KROLL FACTUAL DATA, INC.,

    Defendant.

Civil Action No. 8:12-cv-02773-AW

## ORDER

In accordance with the accompanying Memorandum Opinion, IT IS this **19th day of February, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1. That the Court **GRANTS** Defendant's Motion to Transfer Venue (Doc. No. 10);

2. That the Court **TRANSFERS** the case to the District of Colorado;

3. That the Clerk **CLOSE** the case;

4. That the Clerk transmit a copy of this Order to all counsel of record.

| February 19, 2013 | /s/ |
|---|---|
| Date | Alexander Williams, Jr.<br>United States District Judge |